111 A.3d 84

IN THE MATTER OF JOSÉ M. CAMERON, AN ATTORNEY
AT LAW (ATTORNEY NO. 015281978).

March 30, 2015.

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 15–013 of **JOSÉ M. CAMERON** of **PERTH AMBOY,** who was admitted to the bar of this State in 1978;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(a) (negligent misappropriation of client trust funds), *RPC* 1.15(d) (failure to comply with the record-keeping requirements of *Rule* 1:21–16), and *Rule* 1:21–6 (record-keeping violations);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(a), *RPC* 1.15(d) and *Rule* 1:21–6, and that said conduct warrants a reprimand to a censure, or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2012–0674E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **JOSÉ M. CAMERON** of **PERTH AMBOY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.